IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Simmons, Demetria L

Printed: 10/2/07

Case Number: 07 B 09117
Judge: Wedoff, Eugene R
Filed: 5/18/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 16, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 950.00 |  |
| Secured: |  | 241.76 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 656.94 |
| Trustee Fee: |  | 51.30 |
| Other Funds: |  | 0.00 |
| Totals: | 950.00 | 950.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,399.00 | 656.94 |
| 2. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 1,000.00 | 41.76 |
| 4. | Great American Finance Company | Secured | 1,200.00 | 0.00 |
| 5. | Americredit Financial Ser Inc | Secured | 10,536.38 | 200.00 |
| 6. | Wilshire Credit Corp | Secured | 30,143.40 | 0.00 |
| 7. | Capital One | Unsecured | 290.33 | 0.00 |
| 8. | Monterey Financial Services | Unsecured | 675.23 | 0.00 |
| 9. | Cache Inc | Unsecured | 684.23 | 0.00 |
| 10. | United States Dept Of Education | Unsecured | 3,902.00 | 0.00 |
| 11. | Americredit Financial Ser Inc | Unsecured | 0.00 | 0.00 |
| 12. | Great American Finance Company | Unsecured | 210.10 | 0.00 |
| 13. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 14. | CBE | Unsecured |  | No Claim Filed |
| 15. | Edward Marozas | Unsecured |  | No Claim Filed |
| 16. | Verizon Wireless | Unsecured |  | No Claim Filed |
| 17. | Nicor Gas | Unsecured |  | No Claim Filed |
| 18. | IC System Inc | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 51,040.67 | $ 898.70 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 51.30 |
|  | _____ |
|  | $ 51.30 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Simmons, Demetria  L

Printed:  10/2/07

Case Number:  07 B 09117
Judge:  Wedoff, Eugene R
Filed:  5/18/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_